# EXHIBIT 1

**GORDON REES SCULLY MANSUKHANI LLP**
Michael S. Hanan, Esq. (Attorney ID No. 005282002)
Jolene Sproviero, Esq. (Attorney ID No. 272262018)
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Fax: (973) 377-1911
Email: mhanan@grsm.com
Email: jsproviero@grsm.com
*Attorneys for Defendants Panos Brands, LLC and Stacy Petriello*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DERRICK CRUMPLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PANOS BRANDS, LLC; STACY PETRIELLO; ANGEL DOE; AND JOHN DOES 1-5 AND 6-10,<br><br>　　　　　Defendants. | Civil Action No. _____<br><br>**DECLARATION OF BONNIE JEDRZEJCZAK IN SUPPORT OF NOTICE OF REMOVAL** |

## DECLARATION OF BONNIE JEDRZEJCZAK

I, Bonnie Jedrzejczak, declare as follows:

1. I am the Vice President of Finance at Panos Brands, LLC located at 395 West Passaic Street, 2nd Floor, Suite 240, Rochelle Park, NJ 07662. By virtue of my job duties and responsibilities, I am fully familiar with the relevant facts of the within matter and submit this declaration based on my personal knowledge in support of Defendants Panos Brands, LLC's (hereafter "Panos") and Stacy Petriello's (hereafter "Petriello") notice of removal.

2. Panos is a New Jersey corporation located at 395 West Passaic Street, Rochelle Park, NJ 07662.

3. Plaintiff, through a process server, served the following location: Princeton South Corporate Center, Suite 160, 100 Charles Ewing Blvd., Ewing, New Jersey 08628.

4. Panos is not located are the aforementioned Ewing, New Jersey address.

5. Michelle O. Hubbard of Taft Stettinius & Hollister LLP was the primary contact for service as indicated in the Notice of Service of Process. Taft Stettinius & Hollister LLP is the firm most often used by the primary shareholder of PANOS Intermediate Company, the parent company of Panos Brands LLC.

6. On or about July 24, 2021, Michelle O. Hubbard forwarded the Summons and Complaint to Panos.

7. As of the date of this declaration, Panos has still not been properly served.

8. Petriello was employed by Panos at the time of the incidents alleged in the Complaint.

9. Panos consents to the removal of this matter.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this eight day of August 2021 in Rochelle Park, New Jersey.

*Bonnie Jedrzejczak*

Bonnie Jedrzejczak