# EXHIBIT 2

**GORDON REES SCULLY MANSUKHANI LLP**
Michael S. Hanan, Esq. (Attorney ID No. 005282002)
Jolene Sproviero, Esq. (Attorney ID No. 272262018)
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Fax: (973) 377-1911
Email: mhanan@grsm.com
Email: jsproviero@grsm.com
*Attorneys for Defendants Panos Brands, LLC and Stacy Petriello*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DERRICK CRUMPLER,<br><br>                Plaintiff,<br><br>v.<br><br>PANOS BRANDS, LLC; STACY PETRIELLO; ANGEL DOE; AND JOHN DOES 1-5 AND 6-10,<br><br>                Defendants. | Civil Action No. _____<br><br>**DECLARATION OF STACY PETRIELLO IN SUPPORT OF NOTICE OF REMOVAL** |

## **DECLARATION OF STACY PETRIELLO**

I, Stacy Petriello, declare as follows:

1. I formerly worked at Panos Brands, LLC located at 395 West Passaic Street, 2nd Floor, Suite 240, Rochelle Park, NJ 07662. By virtue of my job duties and responsibilities, I am fully familiar with the relevant facts of the within matter and submit this declaration based on my personal knowledge in support of Defendants Panos Brands, LLC's (hereafter "Panos") and Stacy Petriello's (hereafter "Petriello") notice of removal.

2. I was employed by Panos in Human Resources at the time of the incidents alleged in the Complaint. However, I no longer work for Panos.

3. To the date of this declaration, I was not served with a copy of the Summon and Complaint in this matter.

4. On or about August 4, 2021, I was notified by Bonnie Jedrzejcak of Panos that I was individually named as a defendant in this matter.

5. I am represented by the same attorneys as Panos, Gordon Rees Scully Mansukhani LLP.

6. I have permitted Gordon Rees Scully Mansukhani LLP to accept service of the Summons and Complaint on my behalf.

7. I consent to the removal of this matter.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this __18__ day of August, 2021 in __Elmwood Park__, New Jersey.

_Stacy Petriello_
Stacy Petriello